```
 1  PAUL L. REIN, Esq. (SBN 43053)
    JULIE A. OSTIL, Esq. (SBN 215202)
 2  LAW OFFICES OF PAUL L. REIN
    200 Lakeside Dr., Suite A
 3  Oakland, CA 94612
    Tel: (510) 832-5001
 4  Fax: (510) 832-4787

 5  Attorney for Plaintiff:
    JEFF STIVERS
 6
    THOMAS G. BEATTY, Esq. (SBN 75794)
 7  LISA R. ROBERTS, Esq. (SBN 141171)
    MCNAMARA, DODGE, NEY6, BEATTY
 8  SLATTERY, PFALZER & BORGES LLP
    1211 Newell Ave.
 9  Walnut Creek, CA 94596
    Tel: (925) 939-5330
10  Fax: (925) 939-0203

11  Attorney for Defendant
    CITY OF CALISTOGA
12
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS, | CASE NO. C06-04650 SBA |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT MEDIATION** |
| CITY OF CALISTOGA; and DOES 1-10, Inclusive, | |
| Defendants. | |
| _____/ | |

Plaintiff Jeff Stivers and Defendant City of Calistoga hereby jointly stipulate and request through their attorneys of record that the Court continue the current mediation deadline to allow settlement discussions and mediation to occur through July and August of 2007.

Good cause exists for the extension:

1. When this disabled access case was filed, it was erroneously assigned by the filing clerk to General Order 56, which by its terms applies only to ADA Title III cases against private

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Deadline to Conduct Mediation: Case No. C06-4650 SBA** - 1 -

s:\jo\cases\c\city of calistoga\pleadings\stip to extend med date.doc

1  businesses. Although this is a Title II case against a governmental entity, involving three city-
2  owned facilities ((1) Calistoga Community Center, (2) the Calistoga City Offices and City
3  Manager's Office, and (3) Kortum Hall, the city's fire hall), and therefore not properly within the
4  purview of General Order 56, the parties agreed to proceed under General Order 56 rather than
5  seeking relief from the Order, in the interest of settling the case expediently and without unduly
6  increasing the attorney fees and costs of the action.

7      2.    Since the filing of defendant's Answer, the parties have diligently followed
8  General Order 56: the parties held an early cooperative site inspection of the three City buildings
9  at issue, plaintiff made a demand for injunctive relief, several letters were exchanged regarding
10 the injunctive relief; several settlement telephone conferences have been held with mediator
11 Robin Siefkin, and the parties' access experts have met to discuss the necessary remedial work.
12 While the parties are now very close to an agreement on injunctive relief, there are two issues
13 remaining which present very difficult technical constraints in providing disabled access.
14 Plaintiff has agreed to make his access consultant/contractor Karl Danz available to defendants to
15 attempt to resolve these issues. Following Mr. Danz's consultation with defendant's
16 representatives, counsel for the two parties will finalize an injunctive relief recommendation
17 which will then be presented to the City Council for approval.

18     3.    Although the parties have been proceeding in good faith and in a diligent manner,
19 it has not been possible to resolve the injunctive relief at these large and complex City facilities
20 within the 90 days anticipated under General Order 56. The parties have now scheduled a
21 mediation for July 2, 2007 at 10:00 a.m. with Robin Siefkin. The case may require more than one
22 mediation session to settle, since any negotiated compromises can only be recommended by the
23 city's counsel, and must be approved by the City Council at a regularly noticed public meeting.

24     4.    The parties believe that this extension will make settlement much more likely; if
25 the parties were required to hold mediation now settlement would not be possible, and the
26 resulting increase in attorney fees and costs (especially given the necessary discovery and
27 litigation if this case goes into contested litigation) make it likely that the case would become
28 impossible to settle.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Deadline to Conduct Mediation: Case No. C06-4650 SBA**   - 2 -

s:\jo\cases\c\city of calistoga\pleadings\stip to extend med date.doc

1   Therefore, the parties request that they be given through the end of August 2007 to
2   continue negotiating toward settlement with the assistance of ADR program attorney Robin
3   Siefkin in an attempt to resolve this case in its entirety. If the parties are unable to settle the case
4   by the end of August 2007, but all parties and the mediator feel that further mediation sessions
5   would be productive, the parties will submit a further stipulation to extend the mediation deadline
6   again.

Dated: May 24, 2007               PAUL L. REIN
                                  JULIE A. OSTIL
                                  LAW OFFICES OF PAUL L. REIN

                                  /s/ Julie Ostil_____
                                  Attorneys for Plaintiff
                                  JEFF STIVERS

Dated: May 24, 2007               THOMAS G. BEATTY
                                  LISA R. ROBERTS
                                  MCNAMARA, DODGE, NEY, BEATTY,
                                  SLATTERY, PFALZER & BORGES LLP

                                  /s/ Lisa Roberts_____
                                  Attorneys for Defendant
                                  CITY OF CALISTOGA

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties may have through August 2007 in order to conduct mediation in this case. If the parties have not settled the case by that time, but both parties and the mediator feel that further mediation sessions may be productive, the parties are to submit a further stipulation to extend the mediation deadline.

Dated: __6-2/-07_____

                                  _____
                                  HON. SANDRA B. ARMSTRONG
                                  U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Proposed Order to Extend Deadline to Conduct** - 3 -
**Mediation: Case No. C06-4650 SBA**

s:\jo\cases\c\city of calistoga\pleadings\stip to extend med date.doc